AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of New York

| Rank Group Limited, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. **12 CIV 3769** |
| Alcoa Inc., | ) |
| *Defendant* | ) |

**JUDGE DANIELS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Alcoa Inc.
> Alcoa Inc. Legal Department
> 390 Park Avenue
> New York, NY 10022-4608
> Attention: Office of General Counsel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gary W. Kubek, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RUBY J. KRAJICK*
*CLERK OF COURT*

Date: MAY 1 1 2012

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :
RANK GROUP LIMITED,                                            :
                                                               :   Index No. 12 CIV 3769 (GBD)
                                        Plaintiff,             :
                                                               :   ECF Case
            - against -                                        :
                                                               :
ALCOA INC.,                                                    :   **AFFIDAVIT OF**
                                                               :   **SERVICE BY MAIL**
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- x


STATE OF NEW YORK     )
                      ss.:
COUNTY OF NEW YORK    )

_____Luis DeJesus_____, being duly sworn,

deposes and says that I am not a party to the within action and am over eighteen (18) years of age.

On May 11, 2012, I served the Summons, Complaint, civil cover sheet, Rule 7.1 disclosure statement, ECF rules for the United States District Court for the Southern District of New York, and set of individual practices for Judge Daniels, upon Defendant Alcoa Inc., by depositing said papers into the custody of a post office or official depository under the exclusive care and custody of the United States Postal Service at the following location within the State of New York:

    [X]    FDR Station, 909 Third Avenue, New York, NY  10022-9998

23662777v2

☐   James A. Farley Post Office, 421 8th Avenue, New York, NY  10001-9998

☐   Postal drop box located _____

in a United States Postal Service postpaid Registered Mail package directed to the address designated for service in the Acquisition Agreement between Alcoa Inc. and Rank Group Limited, Dated as of December 21, 2007, as follows:

> Alcoa Inc. Legal Department
> 390 Park Avenue
> New York, NY 10022-4608
> U.S.A.
> Attention: Office of General Counsel / Max Laun

*[signature]*

Sworn to before me this
14 day of May, 2012

*[signature]*
Notary Public

NICOLE O. AIKEN
NOTARY PUBLIC, State of New York
No. 01AI6111738
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires June 21, 2012

23662777v2