**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------x

RANK GROUP LIMITED,

    Plaintiff,

    - against -

ALCOA INC.,

    Defendant.

------------------------------x

12 Civ. 3769 (GBD)
ECF Case

### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Plaintiff Rank Group Limited ("Rank"), a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: May 11, 2012

    Respectfully Submitted,

    DEBEVOISE & PLIMPTON LLP

    By: /s/ Gary W. Kubek
    Gary W. Kubek (gwkubek@debevoise.com)
    Vanessa De Simone (vsdesimo@debevoise.com)
    Joshua Weigensberg (jweigens@debevoise.com)
    919 Third Avenue
    New York, NY 10022

    *Attorneys for Plaintiff Rank Group Limited*