UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RANK GROUP LIMITED,                       :   No. 12 CIV 3769 (GBD)
                                          :
              Plaintiff,                  :
                                          :   ECF Case
      - against -                         :
                                          :
ALCOA INC.,                               :   **NOTICE OF APPEARANCE**
                                          :
              Defendant.                  :
                                          :
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that Peter N. Flocos of K&L Gates LLP, hereby enters his appearance in this action as an attorney for Defendant Alcoa Inc. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:   New York, New York
         May 29, 2012

                                        Respectfully submitted,

                                        */s/ Peter N. Flocos*
                                        Peter N. Flocos
                                        K&L GATES LLP
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        (212) 536-3900
                                        (212) 529-3901 (fax)
                                        Email:  peter.flocos@klgates.com

                                        *Attorneys for Alcoa Inc.*

NY-972281 v1