UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RANK GROUP LIMITED,                :    No. 12 CIV 3769 (GBD)
                                   :
            Plaintiff,             :
                                   :    ECF Case
   - against -                     :
                                   :
ALCOA INC.,                        :    **DEFENDANT'S RULE 7.1**
                                   :    **STATEMENT**
            Defendant.             :
                                   :
------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Alcoa Inc. certifies that (1) Alcoa Inc. is publicly traded on the New York Stock Exchange under the ticker symbol AA; (2) there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public; and (3) there is no parent corporation or any publicly held corporation owning 10% or more of the stock of Alcoa Inc.

Dated:   New York, New York          Respectfully submitted,
         May 29, 2012

                                     _____
                                     Peter N. Flocos
                                     K&L GATES LLP
                                     599 Lexington Avenue
                                     New York, New York 10022
                                     (212) 536-3900
                                     (212) 529-3901 (fax)
                                     Email: peter.flocos@klgates.com
                                     and
                                     Thomas E. Birsic (*pro hac vice* motion to be submitted)
                                     Andrew R. Stanton (*pro hac vice motion* to be submitted)
                                     K&L GATES LLP
                                     K&L Gates Center
                                     210 Sixth Avenue
                                     Pittsburgh, PA 15221
                                     412.355.6500
                                     412.355.6501 (fax)

                                     *Attorneys for Alcoa Inc.*

NY-972589 v1