UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RANK GROUP LIMITED,<br><br>      Plaintiff,<br><br>  -against-<br><br>ALCOA INC.,<br><br>      Defendant. | 12 Civ. 3769 (GBD)<br><br>ECF Case<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    PLEASE TAKE NOTICE that Plaintiff Rank Group Limited appears in the case captioned above by its counsel, Gary W. Kubek of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
    June 4, 2012

                  DEBEVOISE & PLIMPTON LLP

                  By: /s/ Gary W. Kubek
                    Gary W. Kubek
                    gwkubek@debevoise.com

                  Debevoise & Plimpton LLP
                  919 Third Avenue
                  New York, New York 10022
                  Phone: (212) 909-6000
                  Fax: (212) 909-6836

                  *Attorney for Plaintiff Rank Group Limited*

23629692v2