UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RANK GROUP LIMITED,

                     Plaintiff,

    -against-

ALCOA INC.,

                     Defendant.
------------------------------------x

12 Civ. 3769 (GBD)

ECF Case

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

       PLEASE TAKE NOTICE that Plaintiff Rank Group Limited appears in the case captioned above by its counsel, Joshua Weigensberg of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
         June 4, 2012

                               DEBEVOISE & PLIMPTON LLP

                               By: /s/ Joshua Weigensberg
                                  Joshua Weigensberg
                                  jweigens@debevoise.com

                               Debevoise & Plimpton LLP
                               919 Third Avenue
                               New York, New York 10022
                               Phone: (212) 909-6000
                               Fax: (212) 909-6836

                               *Attorney for Plaintiff Rank Group Limited*

23656306v2