UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
RANK GROUP LIMITED,                                 :
:         12 Civ. 3769 (GBD)
:
                               Plaintiff,           :         ECF Case
:
            -against-                               :
:
                                                    :         NOTICE OF APPEARANCE AND
ALCOA INC.,                                         :         REQUEST FOR ELECTRONIC
:                   NOTIFICATION
                               Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that Plaintiff Rank Group Limited appears in the case captioned above by its counsel, Vanessa De Simone of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated:  New York, New York
        June 4, 2012

                              DEBEVOISE & PLIMPTON LLP

                              By: /s/ Vanessa De Simone_____
                                 Vanessa De Simone
                                 vsdesimo@debevoise.com

                              Debevoise & Plimpton LLP
                              919 Third Avenue
                              New York, New York 10022
                              Phone: (212) 909-6000
                              Fax: (212) 909-6836

                              *Attorney for Plaintiff Rank Group Limited*

23629717v2