UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- x
RANK GROUP LIMITED,                          :
                                             :
                         Plaintiff,          :     12 cv 3769 (GBD)(MHD)
                                             :     ECF Case
             -against-                       :
                                             :
ALCOA INC.,                                  :     **ORDER FOR ADMISSION**
                                             :     **PRO HAC VICE**
                         Defendant.          :
-------------------------------------------- x

The motion of ANDREW R. STANTON for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

Applicant's Name: Andrew R. Stanton
Firm Name: K&L Gates LLP
Address: K&L Gates Center, 210 Sixth Avenue
City / State / Zip: Pittsburgh, Pennsylvania 15222-2613
Telephone / Fax: 412.355.6583 (T); 412.355.6501 (F)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Alcoa Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: JUN 12 2012

_____
United States District / Magistrate Judge

PI-3367191 v1