Daniels, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 18 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RANK GROUP LIMITED,

        Plaintiff,

- against -

ALCOA INC.,

        Defendant.

------------------------------------------------------------X

No. 12 CIV 3769 (GBD)

ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for Defendant Alcoa, Inc. to answer, move, or otherwise respond to the complaint filed by Plaintiff Rank Group Limited shall be extended to, and including, July 9, 2012.

Dated: New York, New York
      June ___, 2012

DEBEVOISE & PLIMPTON LLP

_/s/ Gary W. Kubek_
Gary W. Kubek
Joshua Avram Weigensberg
Vanessa Stich De Simone
919 Third Avenue, 31st Floor
New York, New York 10022
(212) 909-6000
(215) 909-6836 (fax)
Email: gwkubek@debevoise.com

*Attorneys for Plaintiff Rank Group Limited*

K&L GATES LLP

_/s/ Peter N. Flocos_
Peter N. Flocos
599 Lexington Avenue
New York, New York 10022
(212) 563-3900
(212) 563-3901 (fax)
Email: peter.flocos@klgates.com
and
Thomas E. Birsic (*pro hac vice* to be submitted)
Andrew R. Stanton (*pro hac vice* to be submitted)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15221
(412) 355-6500
(412) 355-6501 (fax)

*Attorneys for Defendant Alcoa, Inc.*

PI-3365446 v1

JUN 18 2012

SO ORDERED:

_/s/ George B. Daniels_
U.S.D.J.