USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUL 27 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

RANK GROUP LIMITED,

                Plaintiff,

   -against-

ALCOA INC.,

                Defendant.

---------------------------------------x

12 cv 3769 (GBD)

ECF Case

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S OPPOSITION**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for plaintiff Rank Group Limited to serve its opposition to defendant Alcoa Inc.'s motion to dismiss shall be and hereby is extended to from July 26, 2012 to July 30, 2012, and the time for defendant Alcoa Inc. to serve its reply to plaintiff Rank Group Limited's opposition papers shall be and hereby is extended from August 9, 2012 to August 13, 2012. This is the parties' first request for an extension of these deadlines.

Dated: New York, New York
       July 25, 2012

DEBEVOISE & PLIMPTON LLP

By: _____
    Gary W. Kubek
    gwkubek@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Plaintiff Rank Group Limited*

K&L GATES LLP

By: _____
Andrew R. Stanton
andrew.stanton@klgates.com

K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
(412)355-6500

*Attorneys for Defendant Alcoa Inc.*

JUL 27 2012

SO ORDERED:

_____
U.S.D.J.
HON. GEORGE B. DANIELS

2