UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RANK GROUP LIMITED,

                    Plaintiffs,

    -against-

ALCOA INC., et al.,

                    Defendants.

------------------------------------- x

<u>ORDER</u>
12 Civ. 3769 (GBD)

FILED AUG 22 2012

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record at oral argument on August 22, 2012, Defendant Alcoa, Inc.'s Motion to Dismiss Plaintiff's Complaint is DENIED.

Dated: August 22, 2012
       New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge