

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
RANK GROUP LIMITED, :
: 12 Civ. 3769 (GBD)
Plaintiff, :
: ECF Case
-against- :
: [~~~~~~~~~~] CIVIL CASE
ALCOA INC., : MANAGEMENT PLAN AND
: SCHEDULING ORDER
Defendant. :
:
------------------------------- x

Upon agreement of the parties, the following Case Management Plan and Scheduling Order is adopted.

I.  Pre-Trial Deadlines[1]

| Event | Deadline |
|---|---|
| Defendant's Answer date | September 7, 2012 |
| Rule 26(a) Disclosures | September 14, 2012 |
| Submission to District Court of Requests to Issue Letters Rogatory | September 28, 2012 |
| Joinder of Additional Parties | October 8, 2012 |
| Amendment of Pleadings | October 8, 2012 |
| Document Requests and Interrogatories[2] | October 22, 2012 |
| Written Responses and Objections to Document Requests and Interrogatories | November 29, 2012 |

---

[1] The parties reserve the right to seek reasonable and necessary extensions of these deadlines to the extent factors outside of their control interfere with the timely completion of discovery.

[2] The parties reserve the right to serve supplemental requests no later than 30 days prior to close of fact discovery based on information learned during discovery.

| | |
|---|---|
| Production of Documents | December 21, 2012 |
| Last day for depositions of all fact witnesses and close of fact discovery<br><br>This deadline does not apply to discovery of international third-party witnesses for whom the letters rogatory process has not been completed | February 22, 2013 |
| Designation of Experts, if any | February 22, 2013 |
| Initial Expert Reports | March 15, 2013 |
| Rebuttal Reports | April 5, 2013 |
| Last day for expert depositions and close of expert discovery | April 26, 2013 |
| Last day for discovery of international third-party witnesses for whom the letters rogatory process was not completed by February 22, 2013 | April 26, 2013 |
| Dispositive Motions, if any | May 27, 2013 |
| Responses to Dispositive Motions, if any | June 27, 2013 |
| Replies to Dispositive Motions, if any | July 18, 2013 |
| Joint Pretrial Order | June 10, 2013 (or 3 weeks after decision on dispositive motions, if filed) |
| Final Pretrial Conference | June 17, 2013 (or 4 weeks after decision on dispositive motions, if filed) |
| Ready for Trial Date | July 17, 2013 (or 4 weeks after final pretrial conference, if dispositive motions) |

II.   Governing Rules and Trial

    1.   All motions and applications shall be governed by the Court's Individual Rules of Practice.

2

2. The parties estimate that trial will take no longer than one week, and this will be a non-jury trial.

Dated: August 27, 2012
New York, New York

SO ORDERED AUG 29 2012

*George B Daniels*
George B. Daniels
United States District Judge

*/s/ Elena DeSime*
Attorney for Plaintiff
*Vanessa De Simone*

*/s/*
Attorney for Defendant
*Andrew R. Stanton*