UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RANK GROUP LIMITED, : No. 12 cv 3769 (GBD) (MHD)

          Plaintiff,

: ECF Case

- against -

: **AFFIDAVIT OF ANDREW R.**
ALCOA INC., : **STANTON IN SUPPORT OF**
: **DEFENDANT ALCOA INC.'S**
          Defendant. : **MOTION FOR ISSUANCE OF**
: **LETTER ROGATORY**
-----------------------------------------------------------X

COMMONWEALTH OF PENNSYLVANIA  )
                                          ) ss.:
COUNTY OF ALLEGHENY  )

       ANDREW R. STANTON, being duly sworn, deposes and says:

       1.     I have been admitted to this Court *pro hac vice* in connection with the above-captioned lawsuit.

       2.     I am a partner with the law firm K&L Gates LLP, counsel for Defendant Alcoa Inc. ("Alcoa") in the above-captioned lawsuit. I have personal knowledge of the facts set forth below. I submit this Affidavit (i) in support of Alcoa's Motion for Issuance of Letter Rogatory; and (ii) to place before this Court true and accurate copies of the following documents:

       3.     Annexed hereto as Exhibit "A" is a true and correct copy of the [Proposed] Letter Rogatory.

       4.     Annexed hereto as Exhibit "B" is a true and correct copy of the [Proposed] Letter Rogatory translated into Spanish.

       5.     Annexed hereto as Exhibit "C" is a true and correct copy of the Certificate of Accuracy, attesting to the accuracy of the Spanish translation of the [Proposed] Letter Rogatory.

WHEREFORE, Defendant Alcoa Inc. respectfully requests this Court to (i) direct the issuance of the [Proposed] Letter Rogatory; and (ii) award Alcoa such other and further relief as this Court deems proper.

_____
Andrew R. Stanton

Sworn to before me this
28th day of September, 2012

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carol S. Hemphill, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires March 21, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES