## CERTIFICATE OF SERVICE

I, Andrew R. Stanton, hereby certify that on September 28, 2012, I caused true and correct copies of: (i) Notice of Defendant Alcoa Inc.'s Motion for Issuance of Letter Rogatory; (ii) Affidavit of Andrew R. Stanton in Support of Defendant Alcoa Inc.'s Motion for Issuance of Letter Rogatory with attached Exhibits A, B and C; and (iii) Defendant Alcoa Inc.'s Memorandum of Law in Support of its Motion for Issuance of Letter Rogatory to be filed electronically and served via the Court's ECF system.

*s/ Andrew R. Stanton*  
Andrew R. Stanton

NY-995255 v1