

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RANK GROUP LIMITED,  :  No. 12 cv 3769 (GBD)

          Plaintiff,  :

   - against -  :  ECF Case

ALCOA INC.,  :

          Defendant.  :  [PROPOSED] ORDER DIRECTING
                                                                 ISSUANCE OF LETTER
                                                              **ROGATORY**

------------------------------------------------------------X

      NOW, upon Motion of Alcoa Inc. for an order pursuant to Federal Rule of Civil Procedure 28(b) directing the issuance of a letter rogatory (the "Motion") for (i) the production of documents, and (ii) the taking of oral testimony under oath of a representative(s) of Servicio de Impuestos Internos ("SII") (the "Letter Rogatory"), it is hereby ORDERED as follows:

    1.    Alcoa's Motion is GRANTED.

    2.    The Clerk of this Court shall issue the Letter Rogatory for the production of documents and the taking of oral testimony under oath from SII as set forth therein.

    3.    The appropriate judicial authority in Chile is hereby authorized to take and report the oral testimony under oath of the representative(s) of SII and shall have the power by virtue of the letter rogatory to administer any necessary oath and to take and report such testimony.

SO ORDERED.

Dated: New York, New York
       October __, 2012
       DEC 03 2012

                                                                         *George B. Daniels*
                                                                       United States District Judge