**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

RANK GROUP LIMITED,

                Plaintiffs,

     -against-

ALCOA INC., et al.,

                Defendants.

------------------------------------x

<u>ORDER</u>
12 Civ. 3769 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference in this matter scheduled for December 13, 2012 is adjourned to February 13, 2013 at 9:30 a.m.

Dated: December 12, 2012
      New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge