To: Page 2 of 2    2013-01-31 13:39:05 EST    K&L Gates LLP   From: Moultrie, Tamara L.

Case 1:12-cv-03769-GBD   Document 36   Filed 02/01/13   Page 1 of 1



**K&L|GATES**

K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613

T 412.355.6500    www.klgates.com

January 31, 2013

Andrew R. Stanton
D 412.355.6583
F 412.355.6501
andrew.stanton@klgates.com

**SO ORDERED**

The conference is adjourned to April 3, 2013 at 9:30 a.m.

*George B Daniel* [signature]

Via Facsimile

The Honorable George B. Daniels
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Rank Group Limited v. Alcoa Inc.*, No. 12-CV-3769 (GBD)

Dear Judge Daniels:

    We are writing this letter to inform you that the parties to the above-referenced action have agreed to mediate this case. The mediation is scheduled for March 5-6, 2013.

    In light of the scheduled mediation, we respectfully request that the status conference, scheduled for February 13, 2013 at 9:30 a.m., be adjourned. We will update you as to the outcome of the mediation after it takes place, at which time the status conference can be rescheduled if the case is not settled. Should Your Honor wish to reschedule the status conference at this time, the parties have conferred and are generally available during the week of March 18-22, 2013.

    Should you have any questions, please do not hesitate to contact us.

Very truly yours,

*Andrew Stanton/lg* [signature]

Andrew R. Stanton
*Counsel for Defendant*

*Gary W. Kubek* [signature]

Gary W. Kubek
*Counsel for Plaintiff*

PI-3456838 v1