# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

March 22, 2013

**BY HAND**

Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Rank Group Limited v. Alcoa Inc., No. 12-CV-3769 (GBD)**

Dear Judge Daniels:

    I am one of the counsel of record for Plaintiff Rank Group Limited in the above-captioned matter. I am writing to request the Court's memo endorsement of my withdrawal from the case, because I am leaving the law firm of Debevoise & Plimpton LLP ("Debevoise") effective March 22, 2013.

    Gary Kubek, a Debevoise partner, will continue to serve as lead counsel for Plaintiff. My withdrawal will not result in any delay or undue prejudice to any party.

    Thank you for your consideration.

Respectfully yours,

Vanessa De Simone

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.
Date: MAR 25 2013

cc:    Gary Kubek, Esq.
       Counsel for Plaintiff Rank Group Limited

       Andrew Stanton, Esq.
       Counsel for Defendant Alcoa, Inc.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai