USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAR 28 2013

K&L GATES

March 27, 2013

Andrew R. Stanton
D 412.355.6583
F 412.355.6501
andrew.stanton@klgates.com

SO ORDERED. The conference is adjourned until April 17, 2013 at 9:30 AM.

MAR 28 2013 George B. Daniels

**Via Facsimile**

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** ***Rank Group Limited v. Alcoa Inc.*, No. 12-CV-3769 (GBD)**

Dear Judge Daniels:

We write to inform the Court that the mediation of this case held on March 5, 2013, and of which we previously informed the Court by letter dated January 31, 2013, was unsuccessful. The parties are negotiating an amended case management order and hope to submit an agreed amended order for the Court's consideration shortly.

A status conference in this case is scheduled for April 3, 2013 at 9:30 a.m. Due to scheduling conflicts, we respectfully request that the status conference be rescheduled. The parties have conferred and are available on April 16-19, 2013.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Andrew Stanton /lg
Andrew R. Stanton
*Counsel for Defendant*

Gary W. Kubek
Gary W. Kubek
*Counsel for Plaintiff*