Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RANK GROUP LIMITED,

                        Plaintiff,

      -against-

ALCOA INC.,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 Civ. 3769 (GBD)

ECF Case

[~~~~~~~~~~] CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

Upon agreement of the parties, the following Case Management Plan and Scheduling Order is adopted.

I.    Pre-Trial Deadlines[1]

| Event | Deadline |
|---|---|
| Defendant's Answer date | September 7, 2012 |
| Rule 26(a) Disclosures | September 14, 2012 |
| Submission to District Court of Requests to Issue Letters Rogatory | September 28, 2012 |
| Joinder of Additional Parties | October 8, 2012 |
| Amendment of Pleadings | October 8, 2012 |
| Document Requests and Interrogatories[2] | October 22, 2012 |
| Written Responses and Objections to Document Requests and Interrogatories | November 29, 2012 |

---

[1] The parties reserve the right to seek reasonable and necessary extensions of these deadlines to the extent factors outside of their control interfere with the timely completion of discovery.

[2] The parties reserve the right to serve supplemental requests no later than 30 days prior to close of fact discovery based on information learned during discovery.

| Initial Production of Documents | December 21, 2012 |
|---|---|
| Last day for depositions of all fact witnesses and close of fact discovery | June 14, 2013 |
| Designation of Experts, if any | June 14, 2013 |
| Initial Expert Reports | June 28, 2013 |
| Rebuttal Reports | July 18, 2013 |
| Last day for expert depositions and close of expert discovery | August 9, 2013 |
| Dispositive Motions, if any | September 6, 2013 |
| Responses to Dispositive Motions, if any | October 4, 2013 |
| Replies to Dispositive Motions, if any | October 25, 2013 |
| Joint Pretrial Order | September 27, 2013 (or 3 weeks after decision on dispositive motions, if filed) |
| Final Pretrial Conference | October 3, 2013 (or 4 weeks after decision on dispositive motions, if filed) |
| Ready for Trial Date | November 5, 2013 (or 4 weeks after final pretrial conference, if dispositive motions) |

II.  Governing Rules and Trial

   1. All motions and applications shall be governed by the Court's Individual Rules of Practice.

   2. The parties estimate that trial will take no longer than one week, and this will be a non-jury trial.

2

Dated: April __, 2013
New York, New York

SO ORDERED:

APR 16 2013

*George B. Daniels*
United States District Judge
**HON. GEORGE B. DANIELS**

_____
*Attorney for Plaintiff* Gary W. Kubek

_____
*Attorney for Defendant*
Andrew R. Stanton