**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------- x

RANK GROUP LIMITED,                          :
                                             :
                        Plaintiff,  :           12 cv 3769 (GBD)(MHD)
                                             :   ECF Case
            -against-                        :
                                             :
ALCOA INC.,                                  :   **ORDER FOR ADMISSION**
                                             :   **PRO HAC VICE**
                        Defendant.  :
--------------------------------------------- x

The motion of JAMES P. ANGELO for admission to practice Pro Hac Vice in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the

Commonwealth of Pennsylvania; and that his contact information is as follows:

Applicant's Name: James P. Angelo

Firm Name: K&L Gates LLP

Address: K&L Gates Center, 210 Sixth Avenue

City / State / Zip: Pittsburgh, Pennsylvania 15222-2613

Telephone / Fax: 412.355.6583 (T); 412.355.6501 (F)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Alcoa Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF

PASSWORD.

Dated:        MAY 10 2013

_____
United States District / Magistrate Judge
**HON. GEORGE B. DANIELS**