

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

RANK GROUP LIMITED,

                  Plaintiff,

   -against-

ALCOA INC.,

                  Defendant.

---------------------------------- X

12 Civ. 3769 (GBD)

ECF Case

[JOINT PROPOSED] AMENDED CIVIL
CASE MANAGEMENT PLAN AND
SCHEDULING ORDER

     Upon agreement of the parties, the following Amended Case Management Plan and Scheduling Order is adopted.

I.    Pre-Trial Deadlines[1]

| Event | Deadline |
|---|---|
| Defendant's Answer date | September 7, 2012 |
| Rule 26(a) Disclosures | September 14, 2012 |
| Submission to District Court of Requests to Issue Letters Rogatory | September 28, 2012 |
| Joinder of Additional Parties | October 8, 2012 |
| Amendment of Pleadings | October 8, 2012 |
| Document Requests and Interrogatories[2] | October 22, 2012 |
| Written Responses and Objections to Document Requests and Interrogatories | November 29, 2012 |

---

[1] The parties reserve the right to seek reasonable and necessary extensions of these deadlines to the extent factors outside of their control interfere with the timely completion of discovery.

[2] The parties reserve the right to serve supplemental requests no later than 30 days prior to close of fact discovery based on information learned during discovery.

| | |
|---|---|
| Initial Production of Documents | December 21, 2012 |
| Last day for depositions of all fact witnesses and close of fact discovery | September 13, 2013 |
| Designation of Experts, if any | September 13, 2013 |
| Initial Expert Reports | September 27, 2013 |
| Rebuttal Reports | October 18, 2013 |
| Last day for expert depositions and close of expert discovery | November 8, 2013 |
| Dispositive Motions, if any | December 6, 2013 |
| Responses to Dispositive Motions, if any | January 10, 2014 |
| Replies to Dispositive Motions, if any | January 31, 2014 |
| Joint Pretrial Order | January 10, 2014 (or 3 weeks after decision on dispositive motions, if filed) |
| Final Pretrial Conference | January 17, 2014 (or 4 weeks after decision on dispositive motions, if filed) |
| Ready for Trial Date | March 3, 2014 (or 4 weeks after final pretrial conference, if dispositive motions) |

II. Governing Rules and Trial

1. All motions and applications shall be governed by the Court's Individual Rules of Practice.

2. The parties estimate that trial will take no longer than one week, and this will be a non-jury trial.

2

Dated: August 1, 2013
       New York, New York

AUG 06 2013

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge

*Gary W. Kubek*
Gary W. Kubek
*Attorney for Plaintiff*

*Andrew Stanton /lg*
Andrew R. Stanton
*Attorney for Defendant*