To: Page 2 of 2    2013-09-12 15:53:18 EDT    K&L Gates LLP    From: Moultrie, Tamara L.

Case 1:12-cv-03769-GBD-MHD   Document 49   Filed 09/17/13   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 17 2013

September 12, 2013

**SO ORDERED**

The conference is adjourned to November 30, 2013 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Via Facsimile

SEP 17 2013

The Honorable George B. Daniels
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Rank Group Limited v. Alcoa Inc.*, No. 12-CV-3769 (GBD) (MHD)

Dear Judge Daniels:

We write to inform you that Magistrate Judge Dolinger, to whom you referred this action for pretrial purposes by Order dated September 4, 2013, has scheduled a conference on October 22, 2013, which we anticipate will address, among other things, the discovery dispute between the parties which was raised in prior correspondence to the Court.

Under the current Case Management Plan ("CMP"), fact discovery in this case is to be completed by September 13, 2013. In light of the fact that resolution of the current discovery dispute will affect remaining discovery in this case, we respectfully request that this deadline, together with other deadlines set forth in the CMP, be held in abeyance until the discovery dispute is resolved. Upon resolution of the discovery dispute, the parties have agreed to confer on any remaining discovery that each requires, together with a timetable for completion, and we will present a proposed amended CMP to the Court for its approval.

The parties also note that a pre-trial conference in this case had previously been scheduled for October 3, 2013 at 9:30am (*see* 4/17/2013 Minute Entry). The parties are happy to attend this conference or to reschedule it following the October 22, 2013 conference with Judge Dolinger, at the Court's option.

Respectfully yours,

*/s/ Gary W. Kubek*
Gary W. Kubek
*Counsel for Plaintiff*

*/s/ Andrew R. Stanton*
Andrew R. Stanton
*Counsel for Defendant*

cc: Hon. Michael H. Dolinger