```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RANK GROUP LTD.,                    :
            Plaintiff,              :         ORDER
        -against-                   :    12 Cv. 3769 (GBD)(MHD)
ALCOA, INC.,                        :
            Defendant.              :
------------------------------------x
```

10/10/13

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the October 22, 2013 conference in the above-captioned action has been **rescheduled for 2:00 P.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
**October 10, 2013**

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Gary W. Kubek, Esq.
Joshua Avram Weigensberg, Esq.
Vanessa Stich De Simone, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue,31st Floor
New York, NY 10022
212 909-6000
Fax: (212) 909-6836
     (212) 521-7997

Peter Nicholas Flocos, Esq.
Andrew R. Stanton, Esq.
Thomas Edward Birsic, Esq.
K&L Gates LLP (NYC)
599 Lexington Avenue
New York, NY 10022-6030
Fax: (212) 536-3901
     (412) 355-6501