```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RANK GROUP LTD.,                    :

            Plaintiff,              :      ORDER

       -against-                    :      12 Cv. 3769 (GBD)(MHD)

ALCOA, INC.,                        :

            Defendant.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the October 22, 2013 conference in the above-captioned action has been canceled.

Dated: New York, New York
       October 15, 2013

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Gary W. Kubek, Esq.
Joshua Avram Weigensberg, Esq.
Vanessa Stich De Simone, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
212 909-6000
Fax: (212) 909-6836
      (212) 521-7997

Peter Nicholas Flocos, Esq.
Andrew R. Stanton, Esq.
Thomas Edward Birsic, Esq.
K&L Gates LLP (NYC)
599 Lexington Avenue
New York, NY 10022-6030
Fax: (212) 536-3901
      (412) 355-6501